

**BARNES IACCARINO & SHEPHERD LLP**
ATTORNEYS AT LAW

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

Riccardo Iaccarino
Wendell V. Shepherd

Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Roy Barnes, Retired

258 Saw Mill River Road
Elmsford, NY 10523
Tel: 914.592.1515
Fax: 914.592.3213

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

April 11, 2024

VIA ECF
Honorable Robyn F. Tarnofsky, U.S.M.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, NY 10007

Re:  Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds, et al. v. National Drywall Inc. a/k/a National Drywall Interior's Inc.

Case No.:  1:24-cv-01715-GHW-RFT

Dear Judge Tarnofsky,

This firm represents Plaintiffs Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds, et al. (the "Funds"). On March 7, 2024, Plaintiffs filed a complaint with the Court [ECF No. 1], seeking fringe benefits contributions in accordance with the Employee Retirement Income Security Act ("ERISA"), the Funds' trust indentures and policies and a collective bargaining agreement. Defendant National Drywall Inc. a/k/a National Drywall Interior's Inc. was served with a copy of the complaint on March 12, 2024 [ECF No. 8]. On March 12, 2024, the Court issued an Initial Case Management Conference Order [ECF No. 7], scheduling an initial case management conference for May 7, 2024. Based on the foregoing, Plaintiffs plan on moving for default judgment. In light of these circumstances, Plaintiffs respectfully request that the May 7th conference be adjourned *sine die*.

I appreciate your time and attention to this matter. Thank you.

---

Plaintiff's application is GRANTED. The conference scheduled for May 7, 2024 is adjourned sine die.

The Clerk of Court is respectfully directed to terminate ECF 9.

Dated: April 12, 2024
       New York, NY

SO ORDERED
/s/ Robyn Tarnofsky
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE