USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                         :

TRUSTEES OF THE DRYWALL TAPERS AND  :
POINTERS LOCAL UNION NO.1974 BENEFIT :
FUNDS, *and* THE DISTRICT COUNCIL NO. 9,  :        1:24-cv-1715-GHW
DRYWALL TAPERS AND POINTERS OF   :
GREATER NEW YORK LOCAL UNION 1974,  :        ORDER
AFFILIATED WITH INTERNATIONAL   :
UNION OF PAINTERS AND ALLIED   :
TRADES, AFL-CIO,   :
                                    Plaintiffs,   :
                  -v -   :
                                                        :
NATIONAL DRYWALL INC. *a/k/a* NATIONAL :
DRYWALL INTERIOR'S INC.,   :
                                                        :
                                   Defendant.   :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      By letter dated April 11, 2024, Plaintiffs' counsel informed the Court that "Plaintiffs plan on moving for default judgment." Dkt. No. 9 at 1. If Plaintiffs intend to move for default judgment, Plaintiffs should file a proposed order to show cause accompanied by supporting documentation as discussed in the Court's Individual Rules of Practice in Civil Cases. The Court expects that any application for default judgment will be made by no later than May 10, 2024.

      SO ORDERED.

Dated: April 24, 2024
New York, New York
                                                        GREGORY H. WOODS
                                                   United States District Judge